# REQUIRED STATEMENTS TO ACCOMPANY
# ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Brad Brooks__                Case No. __19 B 09610__ Chapter __7__

All Cases: Moving Creditor __Gateway One Lending & Finance__     Date Case Filed __April 3, 2019__

Nature of Relief Sought:  X Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _ or Date Plan Confirmed _

Chapter 7:  ☐ No-Asset Report Filed on _
   ☐ No-Asset Report not Filed, Date of Creditors Meeting __April 7, 2019__

1. Collateral
   a. ☐ Home
   b. X Car     Year, Make and Model: __2011 Ford Flex SUV__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date __$11,609.67__
   Total of all other Liens against Collateral $__0.00__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) __$12,700.00__

5. Default
   a. X Pre-Petition Default
      Number of mos. __2__                                        Amount __$816.53__

   b. ☐ Post-Petition Defaults
      i.  ☐ On direct payments to the moving creditor
          Number of mos. __                                        Amount __$__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of mos. __                                        Amount __$__

6. Other Allegations
   a. X Lack of Adequate Protection §362(d)(1)
      i.   X   No insurance
      ii.  ☐   Taxes unpaid          Amount $_____
      iii  X   Rapidly depreciating Asset
      iv   ☐   Other (describe) _____

   b. ☐   No Equity and not Necessary for an Effective Reorganization §362(d)(2)

   c. ☐   Other "Cause" §362(d)(1) _____
      i.   ☐  Bad Faith
      ii.  ☐  Multiple Filings
      iii  ☐   Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i X Reaffirm   ii ☐ Redeem   iii ☐ Surrender   iv ☐ No Statement of Intention Filed

Dated: __April 15, 2019__             /s/ Kenneth B. Drost_____
                                      ATTORNEY FOR MOVANT